## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

BRUCE T. MORGAN, an individual, and
BRIAN P. MERUCCI, an individual,

    Plaintiffs

v.

RICK SNYDER, in his official capacity as the Governor of the State of Michigan, and MARY HOLLINRAKE, in her official capacity as the County Clerk and Register of Kent County, Michigan,

    Defendants.

Case No. 1:14-cv-00632

Hon. Gordon J. Quist

---

Stephanie D. Myott (P76697)
RHOADES McKEE PC
Attorneys for Plaintiffs
55 Campau Ave. NW Ste. 300
Grand Rapids, MI 49503
(616) 235-3500

Michael F. Murphy (P29213)
Joshua O. Booth (P53847)
Christina M. Grossi (P67482)
Attorneys for Defendant Snyder
Michigan Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 373-1162

Thomas J. Dempsey (P48792)
Linda S. Howell (P44006)
Attorneys for Defendant Hollinrake
Kent County Corporate Counsel
300 Monroe Ave. NW, Ste. 301
Grand Rapids, MI 49503-2206
(616) 632-7573

---

## PLAINTIFFS' BRIEF IN SUPPORT OF MOTION FOR ATTORNEY'S FEES AND COSTS

Plaintiffs Bruce T. Morgan and Brian P. Merucci, by and through their attorneys, Rhoades McKee PC, submit their Motion for Attorney's Fees and Costs in response to the Order regarding Mootness and Attorney Fees dated October 8, 2015 (Doc. No. 42), in which the Court requested a statement of attorney's fees incurred in this case, including counsel's hourly rate, an itemized description of the work performed in this case, and a statement of the costs incurred. Plaintiffs rely upon 42 U.S.C. § 1988 and Federal Rule of Civil Procedure 54(d)(1) as authority for seeking payment of their attorney's fees and costs by Defendant Rick Snyder.

        Respectfully submitted,

        RHOADES McKEE
        Attorneys for Plaintiffs

        By: /s/ Stephanie D. Myott
            Stephanie D. Myott (P76697)